# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Robert L. Cullen, Andrew A. Corriveau and Andrea Hucks, Petitioners,

v.

J. Bennett McNeal, B. McNeal Partnership, L.P., Anthony R. Porter and Wright's Point Home Owners Association, Respondents.

Appellate Case No. 2011-196126

_____

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

_____

Appeal From Beaufort County
The Honorable Carmen T. Mullen, Circuit Court Judge

_____

Opinion No. 27489
Heard January 15, 2015 – Filed January 28, 2015

_____

## DISMISSED AS IMPROVIDENTLY GRANTED

_____

John E. North, Jr., of North & Black, PC, of Beaufort, for Petitioners.

Joel D. Bailey, of The Bailey Law Firm, PA, of Beaufort, for Respondents.

_____

**PER CURIAM:**   We granted a writ of certiorari to review the Court of Appeals' decision in *Cullen v. McNeal*, 390 S.C. 470, 702 S.E.2d 378 (Ct. App. 2010).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**